WILLIS G. GENTLE, APPELLANT, V. PANTEL REALTY
COMPANY ET AL., APPELLEES.

FILED MARCH 3, 1926.   No. 24963.

APPEAL from the district court for Morrill county.   P. J.
BARRON, JUDGE.   *Reversed.*

*Morrow & Morrow,* for appellant.

*Mothersead & York* and *Floyd E. Wright, contra.*

Heard before MORRISSEY, C. J., DEAN, DAY, THOMPSON
and EBERLY, JJ.

DEAN, J.

This is a companion suit to *Graham v. Pantel Realty
Co., ante,* p. 397.   The same issues are presented here that
were presented in the *Graham* case.   It follows that the de-
cision in that case controls in the present case.   The ques-
tion of damages here, as in the *Graham* case, remains open
and the parties may, if so advised, submit evidence thereon.
The judgment of the district court is therefore reversed
and the cause is remanded for further proceedings consistent
with the opinion herein and in *Graham v. Pantel Realty Co.*

REVERSED.